lars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

DAVID LACKOMOWITZ, Appellant, v. JEROME E. BATES and LEONARD W. BATES, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. (See *Hope* v. *Shevill*, 137 App. Div. 86; *Matter of McLean*, 138 N. Y. 158.) Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

WALTER MICHALSKI, Respondent, v. AMERICAN MACHINE AND FOUNDRY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich and Putnam, JJ., concurred; Carr, J., dissented.

WILLIAM NOLL, Respondent, v. THE STANDARD OIL CLOTH COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., dissented.

WILLIAM OELLRICH, Appellant, v. JOHN F. COGAN COMPANY, Contractors, Respondent.— The exception at the close of the trial to the ruling that plaintiff should then elect between nuisance and negligence did not present reversible error, since such election then did not harm plaintiff, as the proofs of defendant's authority from the city to place material on this curb negatived the charge of nuisance. The issues of negligence were properly left to the jury. If that morning the light was sufficient to disclose the presence, as an obstruction, of these planks, when plaintiff stepped down from his wagon and tripped on them, he could not recover. Plaintiff was not entitled to the charge that defendant should also have marked the planks by a red light. The order denying a new trial is, therefore, unanimously affirmed, with costs. Present— Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB BERGMAN, Appellant.— Reargument ordered and case set down for argument on Monday, November 20, 1916, on the question as to whether or not the sentence for grand larceny is legal. Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE ROCKLAND COUNTY TRUST COMPANY, as Committee, etc., of MICHAEL KENNEDY, an Incompetent Person, Appellant, v. FRANK COMESKY, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

MORRIS SALZMAN, Respondent, v. EHRLICH & RAPP'S MANHATTAN LAUNDRY, INCORPORATED, and Others, Defendants. WALTER B. MILKMAN, as Trustee in Bankruptcy, etc., Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Thomas, J., not voting.

ROSE M. SCHNUER, Appellant, v. SCHLEGEL REALTY COMPANY, INC., and HUGO LANGERFELD, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

CHARLES H. SCOTT, Respondent, v. FERDINAND WITT, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.